

J. THOMAS BARTLESON
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front St., Ste. 1100
Helena, MT 59626
Phone: (406) 547-5120
Fax: (406) 547-5130
Email: Thomas.Bartleson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 17- 16 -M- DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | INTERSTATE STALKING (Counts I-II)<br>Title 18 U.S.C. § 2261A<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |
| TYLER DOSS JOHNSON,<br><br>Defendant. | OBSCENE AND HARASSING TELEPHONE CALLS (Count III)<br>Title 47 U.S.C. § 223(a)(1)(E)<br>(Penalty: Two years imprisonment, $250,000 fine, and one year supervised release) |

THE GRAND JURY CHARGES:

COUNT I

That beginning on or about September 26, 2016, and continuing until on or about November 30, 2016, at Portland, Oregon, the defendant, TYLER DOSS

1

JOHNSON, with the intent to harass and cause substantial emotional distress to Victim 1 (name withheld to protect privacy), a person at Missoula, in the State and District of Montana, used a facility of interstate commerce, that is a cellular telephone, to engage in a course of conduct that caused substantial emotional distress to Victim 1 and placed Victim 1 in reasonable fear of serious bodily injury, in violation of 18 U.S.C. § 2261A.

## COUNT II

That beginning on or about September 20, 2016, and continuing until on or about November 8, 2016, at Portland, Oregon, the defendant, TYLER DOSS JOHNSON, with the intent to harass and cause substantial emotional distress to Victim 2 (name withheld to protect privacy), a person at Missoula, in the State and District of Montana, used a facility of interstate commerce, that is a cellular telephone, to engage in a course of conduct that caused substantial emotional distress to Victim 2, in violation of 18 U.S.C. § 2261A.

## COUNT III

That on or about November 28, 2016, at Portland, Oregon, the defendant, TYLER DOSS JOHNSON, in interstate communications, made repeated interstate telephone calls during which conversation and communication ensued, solely to harass Victim 1, a person at the called number and the person who received the

communication, who was then in Missoula, in the State and District of Montana, in violation of 47 U.S.C. § 223(a)(1)(E).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

WARRANT_____

BAIL_____

CRM/SUM ✓_____

5/30/17 @ 1:30 pm before JCL in Missoula

3