IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 17–16–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TYLER DOSS JOHNSON, | |
| Defendant. | |

Before the Court is Defendant Tyler Doss Johnson's Motion for Leave to File Reports of Medical Health Professionals Under Seal. The United States has no objection to Defendant's motion. Finding good cause appearing,

IT IS ORDERED that Defendant's motion (Doc. 23) is GRANTED. The three reports lodged with the Court shall be filed under seal.

Dated this 18th day of October, 2017.

Dana L. Christensen, Chief Judge
United States District Court